# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIA ESTHER GONZALEZ ZAPOTE,<br><br>Defendant. | Case No. 19-CR-2755-DMS<br><br>**ORDER AND JUDGMENT OF DISMISSAL** |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Information (ECF No. 13) in the above-captioned case be dismissed without prejudice.

DATED: July 31, 2019

HON. DANA M. SABRAW
United States District Judge